Ryan Lee, Esq. (SBN 277476)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400 x241; F: (866) 861-1390
Rlee@consumerlawcenter.com
Attorneys for Plaintiff,
ERIN KELLY

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| ERIN KELLY, <br><br> Plaintiff, <br><br> v. <br><br> WEINERMAN & ASSOCIATES, LLC. <br><br> Defendant. | **Case No.:** 2:14-cv-00160-JCG <br><br> **NOTICE OF SETTLEMENT** |

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES Plaintiff, ERIN KELLY ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

DATED: April 18, 2014          KROHN & MOSS, LTD.

                               By:   /s/ Ryan Lee
                                     Ryan Lee
                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2014, I electronically filed the foregoing Plaintiff's Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to Defendant at the addresses listed below via the USPS.

**Weinerman and Associates, LLC**
13754 Frontier Court, Suite 107
Burnsville, MD 55337

                                             By: /s/ Ryan Lee
                                                     Ryan Lee