Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400
Fax: (866) 861-1390
ERIN KELLY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ERIN KELLY, )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>WEINERMAN & ASSOCIATES, LLC )<br>)<br>INC.,    Defendant. )<br>) | **Case No.: 2:14-cv-00160-JCG**<br><br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ERIN KELLY, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 18, 2015                      KROHN & MOSS, LTD.


                                                        By: /s/ Ryan Lee, Esq.
                                                        Ryan Lee, Esq.
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee, Esq.

Ryan Lee, Esq

- 2 -

VOLUNTARY DISMISSAL